377 A.2d 179

Commonwealth v. McElheney, Appellant.

Submitted October 8, 1976. Arthur L. Gutkin, and Berkowitz and Gutkin, for appellant; Lynn Bennett, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 179

Commonwealth v. McElrath, Appellant.

Submitted March 8, 1976. Philip D. Freedman, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.